## MITCHELL *v.* LAMBERT.

This case is governed by the decision of the court in *Waters* v. *Kopp*, ante, 575.

No. 2055.   Submitted February 4, 1910.   Decided March 8, 1910.

HEARING on an appeal from a decree of the Supreme Court of the District of Columbia, sitting as a court of equity, vacating an assignment of a life insurance policy and directing distribution of the proceeds thereof.    *Appeal dismissed.*

The facts are stated in the opinion.

*Mr. John Ridout* for the appellant.

*Mr. W. J. Lambert* and *Mr. Rudolph H. Yeatman* for the appellee.

Mr. Associate Justice GOULD, of the Supreme Court of the District of Columbia, who sat with the Court in the hearing and determination of the case in the place of Mr. Justice VAN ORSDEL, delivered the opinion of the Court:

This is an appeal taken by John Mitchell, Jr., guardian *ad litem,* on behalf of John Edward Waters [an infant] from so much of the decree in the case of *Waters* v. *Kopp,* ante, 575, as directs the payment of said infant's share of the fund to the administratrix of his deceased father instead of to the infant itself. As the general decree has been reversed in the appeal in No. 2054 [ante, 575] which determined the rights of all the parties, including the appellant in this case, which was submit-

ted and heard with the other, it is ordered for the reasons given in the opinion in that case that this appeal be, and it is hereby, dismissed, with costs.    *Dismissed.*